UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **THEDRICK EDWARDS** | **CIVIL ACTION** |
| **VERSUS** | |
| **BURL CAIN, ET AL.** | **NO. 15-305-JJB-RLB** |

### ORDER

Considering the petitioner's Motion for Leave to Supplement Petition of Habeas Corpus (R. Doc. 10) and Motion to Amend Proposed Supplement Petition of Habeas Corpus (R. Doc. 11), wherein the petitioner requests to supplement the record with correspondence pertaining to ground one of his Petition for Habeas Corpus (R. Doc. 1),

**IT IS ORDERED** that the petitioner's Motions (R. Docs. 10 and 11) are **GRANTED**.

**IT IS FURTHER ORDERED** that, within twenty-one (21) days of the date of this Order, the District Attorney for the Nineteenth Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, shall file a supplemental memorandum addressing the substantive merit of ground one of the petitioner's Petition for Habeas Corpus as supplemented.

Signed in Baton Rouge, Louisiana, on May 25, 2017.

_____
RICHARD L. BOURGEOIS, JR.
UNITED STATES MAGISTRATE JUDGE